Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, MCLAUGHLIN, ANDREWS and LEHMAN, JJ. CARDOZO and CRANE, JJ., vote to reverse order of Appellate Division and confirm determination of State Tax Commission except in so far as said determination includes stock dividends in the computation of the tax.

---

BARNEY KLEIMAN, Respondent, v. CLEAN WASH PAINT AND VARNISH REMOVER COMPANY, INC., et al., Appellants.

*Fraud — false representations — action to recover amount paid for sales rights of worthless product.*

Kleiman v. Clean Wash Paint & Varnish Remover Co., Inc., 215 App. Div. 752, affirmed.

(Argued June 3, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 11, 1925, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for fraud and false representations whereby it was alleged plaintiff was induced to purchase the sales rights for the State of Pennsylvania of a paint remover, the product of defendant corporation, which paint remover was worthless and unsalable.

*Charles A. Hitchcock* for appellants.

*Charles B. Bechtold* and *Joshua Egelson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., and MCLAUGHLIN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM W. HOYER, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 4, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, ren-